# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

TARGUS INTERNATIONAL LLC,
a Delaware limited liability company,

    Plaintiff,

        v.                              Case No. 1:20-cv-21435-SCOLA-TORRES

GROUP III INTERNATIONAL, INC.,
a Florida corporation,

    Defendant.

_____/

**DEFENDANT GROUP III INTERNATIONAL, INC'S
<u>RULE 68 OFFER OF JUDGMENT</u>**

Pursuant to Federal Rules of Civil Procedure, Rule 68, Defendant Group III International, Inc. ("Group III"), by and through its undersigned counsel, hereby offers to allow Plaintiff Targus International, LLC ("Targus") to take a judgment against Group III for the total sum of ONE MILLION FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($1,500,000.00), which sum shall include all damages pursuant to 35 U.S.C. § 284, costs, attorneys' fees, and prejudgment interest otherwise recoverable in this action that have been incurred to the date of this offer, with the result that the total judgment amount, including damages, recoverable costs, attorneys' fees, and prejudgment interest, that Group III shall be obligated to pay shall be ONE MILLION FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($1,500,000.00). The judgment shall be in full satisfaction of all claims Targus has asserted against Group III in this action, including, but not limited to, any claims relating to infringement of U.S. Patent No. 8,567,578 up to and including the date of the judgment.

This offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed as an admission that Group III is liable. This offer of Judgment is also not an admission

that Targus has suffered any damages. Acceptance of this offer of Judgment will be in total and complete settlement and resolution of all Counts of this action that Targus has asserted against Group III and acceptance of this offer will act to release and discharge Group III and its successors and/or assigns, and all their past and present representatives and agents, from any and all claims that were or could have been alleged by Targus arising out of the facts and circumstances that are subject of the Counts asserted in this action by Targus.

This offer, if not accepted, may not be admitted as evidence except in a proceeding to determine costs.

Pursuant to Federal Rules of Civil Procedure, Rule 68, this offer of Judgment may only be accepted, in writing, up to and including fourteen (14) days after this offer is made. If not accepted within that timeframe this offer will be deemed withdrawn, with the consequences described in Rule 68(d).

Dated:  March 17, 2023

Respectfully submitted,

By:/s/ *Alexander D. Brown*
Alexander D. Brown (FBN: 752665)
Email: Abrown@conceptlaw.com
Scott D. Smiley (FBN: 678341)
Email: Scott@conceptlaw.com
THE CONCEPT LAW GROUP, P.A.
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
Telephone: 754-300-1500
***Co-Counsel for Defendant/Counter-Plaintiff Group III International, Inc.***

and

James A. Gale (FBN: 371726)
E-mail: jgale@cozen.com
David M. Stahl (FBN: 84713)
E-mail: dstahl@cozen.com

COZEN O'CONNOR
Southeast Financial Center
200 South Biscayne Blvd., Suite 3000
Miami, Florida 33131
Telephone: 305-358-5001

Thomas J. Fisher (Admitted *Pro Hac Vice*)
Email: tfisher@cozen.com
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC 20036
Telephone: 202-912-4800

***Co-Counsel for Defendant/Counter-Plaintiff Group III International, Inc.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was served via email on March 17, 2023 on all attorneys of record as per the below Service List.

By: */s/ Alexander D. Brown*
Alexander D. Brown (FBN: 752665)

## SERVICE LIST

Douglas R. Wilson
(admitted *pro hac vice*)
doug.wilson@armondwilson.com
**ARMOND WILSON LLP**
13785 Research Blvd., Suite 125
Austin, TX 78750
T: (512) 267-1663
F: (949) 386-1932
*Attorneys for Plaintiff*
*TARGUS INTERNATIONAL, LLC*

Zachary Lipshultz
Florida Bar No. 123594
zach@colson.com
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Attorneys for Plaintiff TARGUS*
*INTERNATIONAL, LLC*

Michelle E. Armond
(admitted *pro hac vice*)
michelle.armond@armondwilson.com
Yue Han (admitted *pro hac vice*)
amy.han@armondwilson.com
Josepher Li (admitted *pro hac vice*)
josepher.li@armondwilson.com
**ARMOND WILSON LLP**
4685 MacArthur Court, Suite 390
Newport Beach, CA 92660
T: (949) 386-7263
F: (949) 386-1932
*Attorneys for Plaintiff*
*TARGUS INTERNATIONAL, LLC*