# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21435-Civ-Scola

TARGUS INTERNATIONAL LLC, a
Delaware limited liability company,

    Plaintiff,

vs.

GROUP III INTERNATIONAL, INC., a
Florida corporation,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF**
**OFFER OF JUDGMENT PURSUANT TO RULE 68**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Targus International LLC hereby accepts the Offer of Judgment served by Defendant Group III International, Inc. on March 17, 2023.

Dated:  March 31, 2023    By: /s/ *Michelle E. Armond*

**COLSON HICKS EIDSON, P.A.**

Zachary Lipshultz
Florida Bar No. 123594
zach@colson.com
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

**ARMOND WILSON LLP**

Michelle E. Armond (*pro hac vice*)
michelle.armond@armondwilson.com
Josepher Li (*pro hac vice*)
josepher.li@armondwilson.com
Monica Arnold (*pro hac vice*)
monica.arnold@armondwilson.com
Yue Han (*pro hac vice*)
amy.han@armondwilson.com
ARMOND WILSON LLP
4685 MacArthur Court, Suite 390
Newport Beach, CA 92660
Telephone: (949) 932-0778
Facsimile: (949) 386-1932

Douglas R. Wilson (*pro hac vice*)
doug.wilson@armondwilson.com
ARMOND WILSON LLP
13785 Research Blvd., Suite 125
Austin, Texas 78750
Telephone: (512) 267-1663
Facsimile: (949) 386-1932

*Attorneys for Plaintiff*
*TARGUS INTERNATIONAL LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic service on March 31, 2023 on all counsel or parties of record on the Service List below.

/s/ *Michelle E. Armond*
Michelle E. Armond

**SERVICE LIST**

*Counsel for Defendant Group III International, Inc.*

Darren Spielman
Dspielman@conceptlaw.com
Scott D. Smiley
Scott@conceptlaw.com
Alexander D. Brown
Abrown@conceptlaw.com
Robert C. Kain, Jr.
rkain@ConceptLaw.com
THE CONCEPT LAW GROUP, P.A.
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309

James A. Gale
jgale@cozen.com
David M. Stahl
dstahl@cozen.com
COZEN O'CONNOR
Southeast Financial Center
200 South Biscayne Blvd., Suite 3000
Miami, Florida 33131

Thomas J. Fisher
tfisher@cozen.com
Barry Golob
bgolob@cozen.com
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC 20036